GEORGE PAHL, Respondent, v. ROBERT KAYSER, CHARLES F. McMENAMIN, Appellants.— Order affirmed, with ten dollars costs and disbursements. All

concur. (The order denies defendants' motion to dismiss plaintiff's complaint in an action for damages for false imprisonment.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.